**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**                                            **CASE NO. 2:21-CR-250**

**v.**                                                      **JUDGE EDMUND A. SARGUS, JR.**

**CHRISTOPHER ADAM THOMPSON,**

      **Defendant.**

## OPINION AND ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, who recommended that the "defendant's guilty plea to Counts 1 and 2 of the *Information* be accepted." (R&R at 3, ECF No. 37.)  The time for objections has passed.  For the reasons stated in the Report and Recommendation, the Court hereby **ACCEPTS** the defendant's guilty plea and **ADOPTS** the Report and Recommendation in full.

      **IT IS SO ORDERED.**

**1/13/2022**                                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                                         **EDMUND A. SARGUS, JR.**
                                                                 **UNITED STATES DISTRICT JUDGE**